MOORE, APPELLANT, *v.* SIEBELT, APPELLEE

(No. 39750—Decided April 20, 1966.)

116

*Messrs. Smith, Clark & Holzapfel,* for appellant.

*Messrs. Gingher & Christensen, Mr. Richard J. Brentlinger* and *Mr. Malcolm L. Miller,* for appellee.

*Per Curiam.* Defendant failed to comply with the assured-clear-distance-ahead provision of Section 4511.21, Revised Code. An emergency caused by tire failure cannot serve as a legal excuse for such noncompliance. The trial court was in error in charging the jury on sudden emergency. The judgment of the Court of Appeals is reversed. *Stump* v. *Phillians,* 2 Ohio St. 2d 209; *Bird* v. *Hart,* 2 Ohio St. 2d 9; *Spalding* v. *Waxler,* 2 Ohio St. 2d 1. See *Kehrer* v. *McKittrick,* 176 Ohio St. 192.

*Judgment reversed.*

TAFT, C. J., MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.